B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT
## District of Maine

Case No. **13–20231**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Benjamin H Sawyer
  PO Box 335
  South Paris, ME 04281

Social Security / Individual Taxpayer ID No.:
  xxx−xx−8308

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 7/1/13

James B. Haines Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases files on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                     District of Maine
In re:                                                            Case No. 13-20231-jbh
Benjamin H Sawyer                                                 Chapter 7
           Debtor
                               CERTIFICATE OF NOTICE
District/off: 0100-2          User: admin               Page 1 of 3                   Date Rcvd: Jul 01, 2013
                              Form ID: B18              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db           +Benjamin H Sawyer,    PO Box 335,    South Paris, ME 04281-0335
smg          +State of Maine,    Bureau of Revenue Services,    Compliance Division Bankruptcy Unit,
               P.O. Box 1060,    Augusta, ME 04332-1060
1869498      +ACS,    PO Box 7103,    Lewiston, ME 04243-7103
1869494      +AOL / GPO,    PO Box 65101,    Sterling VA 20165-8801
1869505      +Anesthesia Assoc of Lew.,    PO Box 1849,    Lewiston, ME 04241-1849
1869522      +Bank of America, NA,    PO Box 5170,    Simi Valley, CA 93062-5170
1869497      +Cablevision,    266 Brookside Rd,    Waterbury, CT 06708-1461
1869511      +Casco Bay Surgery,    10 Andover Rd.,    Portland, ME 04102-1954
1869507      +Central Maine Med. Center,    PO Box 4100,    Lewiston, ME 04243-4100
1869517      +Client Services, Inc,    3451 Harry S. Truman Blvd,    St. Charles. MO 63301-9816
1869502      +Computer Credit,    PO Box 5238,    Winston-Salem, NC 27113-5238
1869515      +EAS of CT, Inc,    PO Box 837,    Newtown, CT 06470-0837
1869492      +GC Services LP,    6330 Gulfton,,    Houston, TX 77081-1198
1869510      +Gastroenterology Center CT,    849 Boston Post Rd, Ste 202,    Milford, CT 06460-3537
1869503      +Great Falls Pathology,    PO Box 1849,    Lewiston, ME 04241-1849
1869504      +Law Office of Carl Trynor PA,    PO Box 4290,    Portland, ME 04101-0490
1869519      +Louise Sawyer,    PO Box 355,    South Paris, ME 04281-0355
1869514      +Maine Medical Center,    22 Bramhall St.,    Portland, ME 04102-3175
1869520      +Marcarelli-Naizby Law Firm,    PO Box 4145,    Milford, CT 06443-4003
1869512      +Mercy Hospital,    PO Box 1801,    Portland, ME 04104-1801
1869521      +Milford Hospital,    300 Seaside Ave,    Milford, CT 06460-4600
1869508      +Northeast Anesthesia,    PO Box 590,    Portland, ME 04112-0590
1869516      +Quest Diagnostics,    3 Giralda Farms,,    Madison, NJ 07940-1027
1869527      +Renee Sawyer,    44 Carriage Ln,    Milford, CT 06460-7510
1869518      +St. Mary's Hospital,    PO Box 291,    Lewiston, ME 04243-0291
1869506      +Stephens Memorial Hospital,    181 Main St.,    Norway, ME 04268-5648
1869496      +Sunrise Credit Services,    PO Box 9100,    Farmingdale, NY 11735-9100
1869501     ++THE THOMAS AGENCY INC,    207 LARRABEE ROAD UNIT 6,    WESTRBOOK ME 04092-4813
              (address filed with court: The Thomas Agency,     PO Box 6759,    Portland, ME 04103)
1869523      +The ANSY Company, LLC,    801 S. Rampart BLVD #200,    Las Vegas, NV 89145-4898
1869513      +X-Ray PA,    140 Canal St.,    Lewiston, ME 04240-7777
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
1869500      +EDI: RMCB.COM Jul 01 2013 20:28:00      AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
1869499      +E-mail/Text: john@debtmanagementinc.com Jul 01 2013 20:22:49       CRS,    PO Box 2336,
               Plainville, MA 02762-0298
1869509      +EDI: CAPITALONE.COM Jul 01 2013 20:28:00      Capital One Bank,    PO Box 70886,
               Charlotte, NC 28272-0886
1869525       EDI: IRS.COM Jul 01 2013 20:28:00      Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
1869495      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 01 2013 20:24:06       NCO Financial Systems,
               PO Box 15630, DEPT 99,    Wilmington, DE 19850-5630
1869526      +E-mail/Text: usame.ebn@usdoj.gov Jul 01 2013 20:24:25       Office of the US Attorney,
               100 Middle St., 6th Floor,    Portland, ME 04101-4100
1869524       EDI: TFSR.COM Jul 01 2013 20:28:00      Toyota Financial Services,    PO Box 8026,
               Ceder Rapids, IA 52409
1869493      +EDI: USAA.COM Jul 01 2013 20:28:00      USAA,    9800 Fredericksburg Road,
               San Antonio, TX 78288-0002
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0100-2          User: admin              Page 2 of 3             Date Rcvd: Jul 01, 2013
                              Form ID: B18             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0100-2           User: admin              Page 3 of 3              Date Rcvd: Jul 01, 2013
                               Form ID: B18             Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2013 at the address(es) listed below:

        Anthony J. Manhart    trusteemanhart@perkinsthompson.com, ME13@ecfcbis.com;dshigo@perkinsthompson.com
        Nicolas T Carter, Esq.    on behalf of Debtor Benjamin H Sawyer nic@carterlegalservices.com
        Office of U.S. Trustee    ustpregion01.po.ecf@usdoj.gov

                                                                                                          TOTAL: 3